# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

---

In Re: | Bankruptcy 10-36751
Chapter 7 Case

Chantalle A. Terwey,

    Debtor,

Michael J. Iannacone, Trustee,

    Plaintiff, | **TRUSTEE'S STATEMENT OF INSUFFICIENT FUNDS TO PAY FILING FEE**

vs.

LaVerne Terwey and Shirley Terwey,

    Defendants.

---

The undersigned trustee of the estate of the debtor named above states under penalty of perjury that filed herewith:

1. is a Complaint under Rule 7001 F.R.Bkr.P.;

2. that the trustee is without sufficient cash in the estate to pay the filing fee to commence this adversary proceeding;

3. the trustee will pay the filing fee to the clerk as soon as cash is available in the estate, pursuant to the Judicial Conference Schedule of Fees for the Bankruptcy Courts, prescribed under 28 U.S.C. § 1930(b).

Dated: March 10, 2011

                                                  __/e/ Michael J. Iannacone__
                                                Michael J. Iannacone, #48719
                                                8687 Eagle Point Blvd.
                                                Lake Elmo, MN 55042
                                                (651) 224-3361